Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Abraham E. Rodriguez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Abraham E. Rodriguez,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Alcoa Billing Center,<br><br>　　　　　　Defendant. | Case No.: 2:19-cv-02042-JCM-VCF<br><br>**Stipulation of dismissal with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Abraham E. Rodriguez and Alcoa Billing Center stipulate to dismiss this case with prejudice.

///

///

///

---

STIPULATION　　　　　　— 1 —

Each party will bear its own costs, disbursements, and attorney fees.

DATED April 1, 2020.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Abraham E. Rodriguez*

**GORDON & REES**

/s/ Karen Kao
Karen Kao, Esq.
Gordon & Rees, 300 S. 4th Street Suite 1550
Las Vegas, Nevada 89101
*Attorney for Defendant Alcoa Billing Center*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: April 3, 2020

STIPULATION — 2 —

**Certificate of Service**

I hereby certify that on April 1, 2020, the foregoing Stipulation was filed and served by CM/ECF to all parties appearing in this case.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.

STIPULATION — 3 —